NO. 07-01-0386-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 22, 2001

_____

IN RE: ERIC WILLARD

_____

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On October 17, 2001, the relator filed a Notice of Supplementation of the Record and Withdrawal of Petition for Writ of Mandamus indicating that the relator withdraws his Petition for Mandamus Relief.

Without passing on the merits of the case, the relator's request for withdrawal of the Petition for Writ of Mandamus is granted and the Petition is hereby dismissed. Tex. R. App. P. 42.1(a)(1). All costs herein having been paid, no order pertaining to the costs is

made. Having dismissed the Petition at the relator's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.